# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Aurelio Alejandro Medcalf De Ramos**<br>DOB: 1973; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-08542MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about May 10, 2021, in the District of Arizona, **Aurelio Alejandro Medcalf De Ramos**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, namely Misael Morales-Martinez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about May 10, 2021, in the District of Arizona, **Aurelio Alejandro Medcalf De Ramos**, knowing and in reckless disregard of the fact that certain illegal aliens, namely Misael Morales-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On May 10, 2021, the Border Patrol immigration checkpoint located on State Route (SR) 90 resumed operations after being non-operational since December 26, 2020. Border Patrol Agents (BPAs) working checkpoint duties advised other BPAs of an older model red pickup truck with a white camper shell that was seen approaching the checkpoint but then turned around and travelled south on SR-90, away from the checkpoint. BPAs noted that it appeared as if the driver of the pickup was surprised to see the checkpoint operational and was trying to avoid being inspected. BPAs working highway duties began observing southbound traffic on SR-90.

At approximately 5:25 p.m., BPAs observed an older model Dodge pickup with a white camper shell. BPAs then pulled out behind the pickup truck and saw that the pickup had a Utah license plate and in the lower left corner of the camper shell, they saw a paper temporary tag. BPAs were unable to run a vehicle registration check due to being unable to read the paper temporary tag. BPAs then decided to conduct a vehicle stop in order to perform an immigration inspection on all passengers. The pickup truck yielded in front of the Dollar General in Whetstone, Arizona. As BPAs approached the pickup, they observed a large white tarp covering the entire bed of the pickup and everything inside of it. BPAs questioned the driver, identified as **Aurelio Alejandro MEDCALF DE RAMOS**, as to why he turned around in front of the checkpoint. **MEDCALF** stated he turned around because he was lost and was looking for Elfrida, Arizona. BPAs then asked and were granted consent by **MEDCALF** to search under the tarp in the bed of the truck. As BPAs lifted the tarp, they saw several subjects, to include Misael Morales-Martinez, wearing camouflage concealing themselves under the tarp. All four subjects in the bed of the truck admitted to being in the United States illegally without the proper documentation to enter, pass through or remain in the United States.

**CONTINUED ON BACK**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 11, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

21-08542MJ

## CONTINUED FROM FRONT

Records checks revealed that Misael Morales-Martinez does not have the proper immigration documents to enter or remain in the U.S. legally.

After waiving his Miranda rights, **MEDCALF** stated that on May 2, 2021, he accompanied a man to Bisbee, Arizona to pick up people. **MEDCALF** stated that they picked up four people and drove them to Phoenix, Arizona. **MEDCALF** stated that he was paid $150 for that trip and stated that he was promised $1,300 for his first solo run to pick up illegals. **MEDCALF** stated that on this occasion, he was directed to drive to a four way stop near a brushy area and at this stop, four individuals dressed in camouflage exited the brush and jumped into the back of his vehicle. **MEDCALF** stated he was instructed to make sure the four subjects were hidden. **MEDCALF** claimed he got scared, turned around and was stopped by BPAs a short time later.